McKINAN FRANK PARKER, *Petitioner*, v. CITY OF SANFORD, A MUNICIPAL CORPORATION, *Respondent*.

En Banc.

Decision Filed July 10, 1925.

A case of original jurisdiction.

*John G. Leonardy* and *Alexander Akerman*, for Petitioner;

No appearance for Respondent.

PER CURIAM.—The writ of certiorari issued herein by this court is hereby quashed. See (1) American Ry. Express Co. v. Weatherford, 86 Fla. 626, 98 South. Rep. 820;

(2) State *ex rel.* Stillman v. Merritt, 86 Fla. 164, 99 South. Rep. 230; Carroll v. United States, U. S. 45 Sup. Ct. Rep. 280, decided March 2, 1925. See also 45 Sup. Ct. Rep. 546.

Writ of certiorari quashed.

WEST, C. J., AND WHITFIELD, ELLIS, TERRELL, STRUM AND BROWN, J. J., concur.